# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1988
LT Case No. 2012-CF-002375-A

_____

NORMAN JAMES THOMPSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Norman James Thompson, Bushnell, pro se.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

October 3, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____